IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRADLEY PRICE BARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-78-C |
| | ) | |
| DR. DONALD SUTMILLER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on March 9, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 113) of the Magistrate Judge is adopted and the Plaintiff's second Motion for Preliminary Injunction is denied. This matter is recommitted to the Magistrate Judge under the original Order of Referral.

IT IS SO ORDERED this 31st day of March, 2017.

ROBIN J. CAUTHRON
United States District Judge