IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BRADLEY PRICE BARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-78-C |
| | ) | |
| DR. DONALD SUTMILLER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff brought the present action pursuant to 42 U.S.C. § 1983, seeking recompense for alleged violations of his constitutional rights to medical care. Consistent with the provisions of 28 U.S.C. § 636(b)(1)(B), this action was referred to United States Magistrate Judge Charles B. Goodwin. Judge Goodwin entered a Report and Recommendation on March 9, 2017, recommending denial of Plaintiff's request for preliminary injunction. After being granted additional time, Plaintiff has filed an objection.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. Each issue raised by Plaintiff in his Objection was considered and rejected by Judge Goodwin. Accordingly, each of Plaintiff's objections are rejected for the reasons set forth by Judge Goodwin.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 113), and for the reasons announced therein, DENIES

Plaintiff's second Motion for Preliminary Injunction (Dkt. No. 91). This matter is returned to Judge Goodwin for further proceedings consistent with the original order of referral.

IT IS SO ORDERED this 10th day of May, 2017.

*[signature]*
ROBIN J. CAUTHRON
United States District Judge