IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| BRADLEY PRICE BARBER, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-15-0078-C |
| DR. DONALD SUTMILLER, et al., | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on October 31, 2017, to which Plaintiff has timely objected. The Court therefore considers the matter de novo.

In his Objection, Plaintiff does not offer new or different facts; nor does he cite any law whatsoever. He simply continues to assert a right to medical treatment. There are no grounds asserted to contradict the conclusion that he has failed to exhaust administrative remedies and is not entitled to the relief he seeks.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 143), and for the reasons announced therein, denies this civil rights complaint. A judgment will enter accordingly.

IT IS SO ORDERED this 4th day of January, 2018.

ROBIN J. CAUTHRON
United States District Judge